1  Janelle J. Sahouria (SBN 253699)
   Kevin P. Lee (State Bar No. 296343)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: Janelle.Sahouria@jacksonlewis.com
5  E-mail: Kevin.Lee@jacksonlewis.com

6  Attorneys for Defendant
   ELI LILLY AND COMPANY

7

                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11  TANYA HOSSEINYOUN, an individual,        Case No. 3:24-cv-02809-JCS

12          Plaintiff,                       **CASE MANAGEMENT STATEMENT
                                             BY DEFENDANT ELI LILLY AND
13      v.                                   COMPANY**

14  ELI LILLY AND COMPANY, an Indiana        Date:   August 14, 2024
    Corporation; JILL SCOTT, an individual;  Time:   2:00 p.m.
15  BRETT ROBERTS, an individual; and DOES   Ctrm.:  D
    1 through 25, inclusive,                 Judge:  Hon. Joseph C. Spero
16
           Defendants.
17

18                                           State Complaint Filed: April 9, 2024
                                             Removal Filed: May 10, 2024
19                                           Trial Date: Not Set

20

21

22

23

24

25

26

27

28

                                         1                Case No. 3:24-cv-02809-JCS
                          DEFENDANT'S CASE MANAGEMENT STATEMENT

Defendant Eli Lilly and Company ("Defendant") submits to the above-entitled action this CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9. Defendant met and conferred with Plaintiff's counsel pursuant to the Standing Order and conducted the Rule 26(f) conference. Defendant circulated a draft joint case management conference statement to Plaintiff. Defendant has not yet heard back from Plaintiff but will continue to meet and confer so that the parties can file a joint statement.

Defendant would also like to notify the court that it may have an incorrect email address for Plaintiff's counsel, Camron Dowlatshahi. The Court's service email is addressed to Mr. Dowlatshahi at camron@msdlawllp.com. Defendant's Proof of Service has Mr. Dowlatshahi's email address as camron@msdlawyers.com. Defendant will also serve this Case Management Statement on Plaintiff's counsel via email to ensure receipt.

**1.   Jurisdiction & Service**

Diversity jurisdiction exists since there is complete diversity and the amount in controversy exceeds $75,000.00. Defendant requests that the Court impose a 30-day deadline for service of individual defendants so that the matter can be efficiently litigated.

**2.   Facts**

Plaintiff's employment was terminated for falsifying training records. Plaintiff was required to complete numerous training modules by October 23, 2023. On October 13, 2023, Plaintiff provided screenshots to Defendant showing she had completed 11 training modules within the span of one hour. Of the 11 training modules, three modules required at least one hour each to complete (a total of three hours), seven modules required at least 30 minutes each to complete (a total of three and a half hours), and the remaining module required at least 12 minutes to complete.

**3.   Legal Issues**

The causes of action are as follows:

1. Wrongful Termination in Violation of Public Policy
2. Disability Discrimination in Violation of FEHA (Gov. Code § 12940(a))

3. Retaliation in Violation of FEHA (Gov. Code § 12940(h))

4. Retaliation in Violation of Labor Code § 1102.5

5. Work Environment Harassment (Gov. Code §§ 129323 and 12940(j))

6. Failure to Prevent Harassment, Discrimination, and Retaliation (Gov. Code § 12940(k)).

**4.**  **Motions**

No prior or pending motions. Defendant reserves the right to file a motion for summary judgement.

**5.**  **Amendment of Pleadings**

Defendant reserves the right to file an amended answer should Plaintiff file an amended pleading or if discovery uncovers further defenses or counterclaims.

**6.**  **Evidence Preservation**

Defendant's counsel certifies it has reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and confirms that the parties have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

**7.**  **Disclosures**

Counsel for the parties have met and conferred regarding an extension for General Order 71 disclosures. Defendant proposes August 30, 2024 as deadline for General Order 71 disclosures.

**8.**  **Discovery**

Defendant agrees to follow the limitations on discovery set forth in the Federal Rules. Defendant has not conducted discovery to date, nor are they aware of any discovery disputes. Defendant expects the scope of discovery to be limited to Plaintiff's claims and Defendant's defenses.

**9.**  **Class Actions**

Inapplicable.

///

///

| | |
|---|---|
| 1 | **10. Related Cases** |
| 2 | No related cases.  This case was initially filed in state court, San Francisco Count, Case |
| 3 | No. CGC-24-613809. |
| 4 | **11. Relief** |
| 5 | Defendant prays for judgment as follows: |
| 6 | 1. That Plaintiff's Complaint be dismissed in its entirety, with prejudice; |
| 7 | 2. That Plaintiff take nothing by her Complaint; |
| 8 | 3. For an award of Defendant's reasonable attorneys' fees and costs; |
| 9 | 4. For an award of Defendant's costs of suit incurred herein; and |
| 10 | 5. For such other and further relief as the Court deems just and proper. |
| 11 | **12. Settlement and ADR** |
| 12 | The parties are still meeting and conferring regarding options for ADR.  Defendant will |
| 13 | conduct Plaintiff's deposition and written discovery prior to any scheduled Settlement Conference |
| 14 | or mediation. |
| 15 | **13. Other References** |
| 16 | This case is not suitable for binding arbitration, special master, or Judicial Panel. |
| 17 | **14. Narrowing of Issues** |
| 18 | Issues are currently narrow. |
| 19 | **15. Scheduling** |
| 20 | Defendant proposes the following schedule: |
| 21 | Initial ADR Session: 120-180 days from Case Management Conference |
| 22 | Fact and Expert Discovery Cutoff: July 30, 2025 |
| 23 | Designation of Experts: May 1, 2025 |
| 24 | Hearing on Dispositive Motion: August 21, 2025 |
| 25 | Pretrial Conference: September 24, 2025 |
| 26 | Trial: November 3, 2025 |
| 27 | **16. Trial** |
| 28 | Defendant requests a 3-5 day bench trial. |

**17.   Disclosure of Non-party Interested Entities or Persons**

Defendant has filed the Certification of Interested Entities or Parties.

**18.   Professional Conduct**

Defendant's counsel has reviewed the Guidelines for Professional Conduct for the Northern District of California.

Dated:  August 7, 2024                                   JACKSON LEWIS P.C.

                                                By:   */s/ Janelle J. Sahouria*
                                                      Janelle J. Sahouria
                                                      Kevin P. Lee
                                                      Attorneys for Defendant
                                                      ELI LILLY AND COMPANY

**CASE MANAGEMENT ORDER**

The above CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Date:

_____
Hon. Joseph S. Spero,
Magistrate Judge of United States District Court,
Northern District of California

# **CERTIFICATE OF SERVICE**

I, Maria Patterson, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 160 W. San Fernando Street, Suite 400, San Jose, California 95113; I am over the age of eighteen (18) years and am not a party to this action.

On August 7, 2024, I served the attached:

**DEFENDANT'S CASE MANAGEMENT STATEMENT**

in this action by e-mailing a true and correct copy thereof (in PDF format) to the parties' counsel of record and staff, whose address and e-mail addresses are as follows:

| | |
|---|---|
| Camron Dowlatshahi<br>Brigitte Mills<br>MILLS SADAT DOWLAT LLP<br>333 South Hope Street, 40th Floor<br>Los Angeles, California 90071<br>Tel.:    (213) 628-3856<br>E-mail:  camron@msdlawyers.com<br>            brie@msdlawyers.com | Attorneys for Plaintiff<br>TANYA HOSSEINYOUN |

☒   BY ELECTRONIC MAIL:  I transmitted said document(s) by electronic mail from [your e-mail address] to the e-mail addresses indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2024, at San Jose, California.

*Maria Patterson*
Maria Patterson