Janelle J. Sahouria (SBN 253699)
Kevin P. Lee (State Bar No. 296343)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Janelle.Sahouria@jacksonlewis.com
E-mail: Kevin.Lee@jacksonlewis.com

Attorneys for Defendant
ELI LILLY AND COMPANY

Brigitte Mills (SBN 281098)
Camron Dowlatshahi (SBN 308618)
MILLS SADAT DOWLAT LLP
333 South Hope Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 628-3856
E-mail: brie@msdlawyers.com
E-mail: camron@msdlawyers.com

Attorneys for Plaintiff
TANYA HOSSEINYOUN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HOSSEINYOUN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana Corporation; JILL SCOTT, an individual; BRETT ROBERTS, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:24-cv-02809-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: March 5, 2025<br>Time: 2:00 p.m.<br>Ctrm.: D<br>Judge: Hon. Joseph C. Spero<br><br>State Complaint Filed: April 9, 2024<br>Removal Filed: May 10, 2024<br>Trial Date: Not Set |

The parties to the above-entitled action jointly submit this FURTHER JOINT CASE MANAGEMENT STATEMENT ahead of the March 5, 2025 further case management conference.

**Mediation:** The Parties participated in mediation with Diana Kruze of Judicate West on November 5, 2024. The Parties have reached a settlement.

The Parties request the Court continue the case management conference by 60-days to allow the parties to finalize the settlement and file a dismissal with the Court.

Dated: February 24, 2025

JACKSON LEWIS P.C.

By: */s/ Janelle J. Sahouria*
Janelle J. Sahouria
Kevin P. Lee
*Attorneys for Defendant*
ELI LILLY AND COMPANY

Dated: February 24, 2025

MILLS SADAT DOWLAT LLP

By: */s/ Camron Dowlatshahi*
Camron Dowlatshahi
*Attorneys for Plaintiff*
TANYA HOUSSEINYOUN

4911-3546-0622, v. 1